| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Dale K. Galipo (SBN 144074)<br>Marcel F. Sincich (SBN 319508)<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Ste 310<br>Woodland Hills, CA 91367<br>Tel: 818-347-3333 / Fax: 818-347-4118<br>E-mail: dalekgalipo@yahoo.com / msincich@galipolaw.com | |
| ATTORNEY(S) FOR: Plaintiffs | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE,<br><br>Plaintiff(s),<br>v.<br>COUNTY OF SAN BERNARDINO; SHANNON DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:25-cv-01107<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Plaintiffs, Colleen Manghane and Robert Manghane** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Colleen Manghane | Plaintiff |
| Robert Manghane | Plaintiff |
| County of San Bernardino | Defendant |
| Shannon Dicus | Defendant |
| Desert Valley Hospital | Defendant |

| | |
|---|---|
| May 7, 2025<br>Date | s/ Marcel F. Sincich<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, Colleen Manghane and Robert Manghane