1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
3  msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
Phone: (818) 347-3333
5  Fax: (818) 347-4118

6  *Attorneys for Plaintiffs* COLLEEN MANGHANE
and ROBERT MANGHANE
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 

| COLLEEN MANGHANE; and ROBERT MANGHANE, | Case No.: 5:25-cv-01107 |
|---|---|
| Plaintiffs, | Related Case No.:<br>Case 5:25-cv-00140-WLH-SHK |
| v. | *Hon. District Judge Wesley L. Hsu*<br>*Hon. Mag. Judge Shashi H. Kewalramani* |
| COUNTY OF SAN BERNARDINO; SHANNON DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive, | **NOTICE OF RELATED CASES** |
| Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 83-1.3, Plaintiffs Colleen Manghane and Robert Manghane hereby provide notice that this matter is related to another case currently pending before the Honorable District Judge Wesley L. Hsu and the Honorable Magistrate Judge Shashi H. Kewalramani:

*A*RTHUR *J*AMES*, ET AL. V. C*OUNTY OF *S*AN *B*ERNARDINO*, ET AL.*
Case No. 5:25-cv—00140-WLH-SHK

1
NOTICE OF RELATED CASES

These cases are related because they arise from the same transaction, happening or event; call for determination of the same or substantially related or similar questions of law and fact; and would entail substantial duplication of labor if heard by different judges. Specifically, these cases both arise from the fatal officer-involved shooting of Decedent Aaron James on April 2, 2024, by deputies with the San Bernardino County Sheriff's Department, at or around the 17100 block of Forest Hills Drive in the City of Victorville, California 92395.

Respectfully submitted,

DATED: May 7, 2025

LAW OFFICES OF DALE K. GALIPO

By: *s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiffs,
Colleen Manghane and Robert Manghane