| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | Dale K. Galipo, Esq. (SBN 144074) |
|   | dalekgalipo@yahoo.com |
| 3 | Marcel F. Sincich, Esq. (SBN 319508) |
|   | msincich@galipolaw.com |
| 4 | 21800 Burbank Boulevard, Suite 310 |
|   | Woodland Hills, CA 91367 |
| 5 | Phone: (818) 347-3333 |
|   | Fax: (818) 347-4118 |
| 6 | |
|   | *Attorneys for Plaintiffs* COLLEEN MANGHANE |
| 7 | and ROBERT MANGHANE |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE, | Case No.: 5:25-cv-01107 |
| | |
| Plaintiffs, | Related Case No.: |
| | Case 5:25-cv-00140-WLH-SHK |
| v. | |
| | *Hon. District Judge Wesley L. Hsu* |
| COUNTY OF SAN BERNARDINO; SHANNON DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive, | *Hon. Mag. Judge Shashi H. Kewalramani* |
| | |
| | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| Defendants. | |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Summons and Complaint, and other documents on Defendant Shannon Dicus Hospital (attached hereto as Exhibit "A").

1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

| | |
|---|---|
| 1 | DATED: June 3, 2025 |
| 2 | |

                         LAW OFFICES OF DALE K. GALIPO

      By:  */s / Dale K. Galipo*

           Dale K. Galipo Attorney for Plaintiffs

# Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Manghane, Colleen v. County of San Bernardino | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>5:25-cv-01107-JGB-DTB |
| **Declaration of Service** | | Ref. No. or File No:<br>Manghane/James v. COSB |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Civil Case Cover Sheet; Notice of Interested Parties; Summons; Notice of Related Cases; Notice of Case Assignment; Notice to Parties of Court-Directed ADR Program; Notice re Consent to Proceed Before Magistrate Judge Jurisdiction**

On: **SHANNON DICUS**

I served the summons at:

**655 E 3rd St  San Bernardino, CA 92408**

On: **5/27/2025**            Date:  **03:25 PM**

In the above mentioned action  by personally serving to and leaving with

**Jane Doe, Sandra "C" who refused a full last name  (Gender: F Age: 55 Height: 5'9 Weight: 150 Race: White  Hair: Blond  Other: Blue eyes and glasses )  -  Office Supervisor Authorized Person to Accept Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Nick Shows**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **81.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Nick Shows                                   Date: 05/30/2025

Declaration of Service                                                    Invoice #: 12040471-02