Alexander F. Giovanniello (CSB # 125562)
Joseph M. Lorant (CSB# 327731)
**GIOVANNIELLO LAW GROUP**
Six Pointe Drive, Suite 520
Brea, California 92821

Ph:  (714) 364-4000
Fax: (714) 364-4001

Attorneys for Defendant:
DESERT VALLEY HOSPITAL, LLC dba
DESERT VALLEY HOSPITAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SHANNON D. DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive.<br><br>Defendants. | Case No.: 5:25-cv-01107 JGB (DTBx)<br><br>Related Case No.: 5:25-cv-00140-WLH-SHK<br><br>DECLARATION OF TRIAL COUNSEL BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL<br><br>JUDGE: Jesus G. Bernal<br><br>Complaint filed May 29, 2025<br><br>Trial Scheduled: None |

I, Alexander F. Giovanniello, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California, as well as the Central District of the United States District Courts, and am the principal in the law firm of Giovanniello Law Group.

1

DECLARATION OF TRIAL COUNSEL BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL

2.      That when this matter was assigned to this law firm, it was assigned to me for all purposes, including trial, and that I and no other attorney in this firm is capable and available to try the case and/or could be prepared to do so.

3.      That Defendant DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL (hereinafter referred to as "Desert Valley Hospital"), specifically requested that I, Alexander F. Giovanniello, be its trial attorney and will consent to no other attorney.

4.      Desert Valley Hospital does not waive the right to submit this matter to and/or compel binding arbitration in accordance with the terms of any relevant arbitration agreement.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that I executed this declaration on June 12, 2025, in Brea, California.

_____
Alexander F. Giovanniello, Declarant

1 **PROOF OF SERVICE**

2     I am employed in the county of Orange, State of California. I am over the age of eighteen
3 and not a party to the within entitled action; my business address is Six Pointe Drive, Suite 520
4 Brea, California 92821.

5     On **June 12, 2025,** I served the foregoing document(s) described as, DECLARATION
6 OF TRIAL COUNSEL BY DEFENDANT DESERT VALLEY HOSPITAL, LLC
7 dba DESERT VALLEY HOSPITAL, as follows:

9 *See below service list*

11 ( )   BY U.S. MAIL: I am "readily familiar" with the business practice for collection and
12     processing of correspondence for mailing with the United States Postal Service. Under
13     that practice the envelope was sealed and placed for collection and mailing with the
14     United States Postal Service on that same day with postage thereon fully prepaid at Brea,
15     California following ordinary business practices.

16 ( )   BY FEDERAL EXPRESS OVERNIGHT: I placed said envelope(s) for collection and
17     overnight delivery at a regularly utilized drop box of the overnight delivery carrier.

18 (XX)   BY ELECTRONIC SERVICE: I caused the document(s) to be sent from
19     kks@giolawgroup.com to the person(s) at the electronic notification addresses indicated
20     on the service list.

21     Executed on **June 12, 2025** at Brea, California.

22 (XX)   STATE: I declare under penalty of perjury under the laws of the State of California that
23     the foregoing is true and correct.

*Kristy K. Shimotani*
Kristy K. Shimotani

Arthur James, et. al. v. County of San Bernardino, et. al.
Case No.: 5:25-cv-01107
Page **1** of **2**

SERVICE LIST

| | |
|---|---|
| Dale K. Galipo | *Counsel for Plaintiffs* |
| Marcel F. Sincich | |
| LAW OFFICES OF DALE K. GALIPO | |
| 21800 Burbank Boulevard, Suite 310 | |
| Woodland Hills, CA 91367 | |
| Tel: (818) 347-3333 | |
| Fax: (818) 347-4118 | |
| Email: msincich@galipolaw.com | |
| Email: dalekgalipo@yahoo.com | |
| | |
| Edward Southcott, Jr. | *Counsel for Defendant, County of San Bernardino and Shannon D Dicus, Sheriff* |
| Shannon Gustafson | |
| LYNBERG AND WATKINS | |
| 1100 WestTown and Country Road, Suite 1450 | |
| Orange, CA 92868 | |
| Tel: (714) 937-1010 | |
| Fax: (714) 937-1003 | |
| Email: esouthcott@lynberg.com | |
| Email: sgustafson@lynberg.com | |