|   |   |
|---|---|
| 1 | SHANNON L. GUSTAFSON (SBN 228856) |
|   | sgustafson@lynberg.com |
| 2 | EDWARD J. SOUTHCOTT, JR. (SBN 305701) |
|   | esouthcott@lynberg.com |
| 3 | **LYNBERG & WATKINS** |
|   | A Professional Corporation |
| 4 | 1100 W. Town & Country Road, Suite 1450 |
|   | Orange, California 92868 |
| 5 | (714) 937-1010 Telephone |
|   | (714) 937-1003 Facsimile |

Attorneys for Defendants COUNTY OF SAN BERNARDINO and SHERIFF SHANNON D. DICUS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| COLLEEN MANGHANE; and ROBERT MANGHANE | Case No. 5:25-cv-01107-JGB (DTBx) |
|---|---|
| Plaintiffs, | *Assigned for All Purposes to Honorable Jesus G. Bernal* |
| vs. | *Magistrate Judge: David T. Bristow* |
| COUNTY OF SAN BERNARDINO; SHANNON DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| Defendants. | Complaint served: May 27, 2025 |
|  | Current response date: June 17, 2025 |
|  | New response date: July 17, 2025 |

---

**1**
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1  This stipulation is being filed pursuant to Local Rule 8-3 to inform the Court of the extension of time granted for Defendants COUNTY OF SAN BERNARDINO and SHERIFF SHANNON D. DICUS ("Defendants"), to respond to COLLEEN MANGHANE and ROBERT MANGHANE's ("Plaintiffs") Complaint.

Plaintiffs served their Initial Complaint on Defendants County of San Bernardino and Sheriff Dicus on May 27, 2025. Therefore, Defendant's responsive pleading is due June 17, 2025 pursuant to Fed. R. Civ. P. 12(a)(1) and Fed. R. Civ. P. 6(a)(1). The parties have stipulated that Defendant County of San Bernardino and Sheriff Dicus may have an extension up to and including July 17, 2025, to file a responsive pleading to Plaintiffs' Initial Complaint (Dkt. 1). This extension is within the automatic thirty-day extension period permitted by Local Rule 8-3.

**IT IS SO STIPULATED.**

DATED: June 16, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: /s/ Shannon L. Gustafson
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT, JR.**
Attorneys for Defendants
COUNTY OF SAN BERNARDINO and
SHERIFF SHANNON D. DICUS

DATED: June 16, 2025

**LAW OFFICES OF DALE K. GALIPO**

By: /s/ Marcel F. Sincich
**DALE K. GALIPO**
**MARCEL F. SINCICH**
Attorneys for Plaintiffs
COLLEEN MANGHANE and ROBERT MANGHANE

1  I certify that all parties to this document have consented to its filing and to the
2  language contained herein and have authorized the undersigned to affix their
3  electronic signatures.

DATED: June 16, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: /s/ Shannon L. Gustafson
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT, JR.**
Attorneys for Defendants
COUNTY OF SAN BERNARDINO and
SHERIFF SHANNON D. DICUS