1  Alexander F. Giovanniello (CSB # 125562)
   Joseph M. Lorant (CSB# 327731)
2  **GIOVANNIELLO LAW GROUP**
   Six Pointe Drive, Suite 520
3  Brea, California 92821

4  Ph:  (714) 364-4000
   Fax: (714) 364-4001
5
   Attorneys for Defendant:
6  DESERT VALLEY HOSPITAL, LLC
   dba DESERT VALLEY HOSPITAL
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 | COLLEEN MANGHANE; and ROBERT MANGHANE, | ) | Case No.: 5:25-cv-01107 JGB (DTBx) |
|----|----|----|----|
| 12 | | ) ) | Related Case No.: 5:25-cv-00140-WLH-SHK |
| 13 | Plaintiffs, | ) ) | |
| 14 | vs. | ) ) | [PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS |
| 15 | COUNTY OF SAN BERNARDINO; SHANNON D. DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive. | ) ) ) ) | |
| 16 | | ) | |
| 17 | Defendants. | ) ) | JUDGE: Jesus G. Bernal |
| 18 | | ) ) | Complaint filed May 29, 2025 |
| 19 | | ) ) | Trial Scheduled: None |
| 20 | | | |

21       Having reviewed and duly considered the STIPULATION TO EXTEND

22  TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30

23  DAYS, attached hereto as **Exhibit 1**, the Court finds good cause to order, and

1

[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

1 | hereby does order, that the parties comply with the terms of the Stipulation.

2 | **IT IS SO ORDERED.**

4 | Dated: _____, 2025   By: _____
Hon. Jesus G. Bernal
Judge of the Central District of California
United States District Court

[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

# Exhibit 1

Alexander F. Giovanniello (CSB # 125562)
Joseph M. Lorant (CSB# 327731)
**GIOVANNIELLO LAW GROUP**
Six Pointe Drive, Suite 520
Brea, California 92821

Ph:  (714) 364-4000
Fax: (714) 364-4001

Attorneys for Defendant:
DESERT VALLEY HOSPITAL, LLC
dba DESERT VALLEY HOSPITAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE, | Case No.:  5:25-cv-01107 JGB (DTBx) |
| Plaintiffs, | Related Case No.:  5:25-cv-00140-WLH-SHK |
| vs. | STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS |
| COUNTY OF SAN BERNARDINO; SHANNON D. DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive. | |
| Defendants. | JUDGE: Jesus G. Bernal |
| | Complaint filed May 29, 2025 |
| | Trial scheduled: None |

Plaintiffs AARON JAMES (hereinafter referred to as "Decedent"), by and through his successors-in-interest, Colleen Manghane and Robert Manghane; COLLEEN MANGHANE; and ROBERT MANGHANE (hereinafter collectively

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS

referred to as "the Manghane Plaintiffs"); Defendants COUNTY OF SAN BERNARDINO and SHERIFF SHANNON D. DICUS (hereinafter collectively referred to as "the County Defendants"); and Defendant DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL (hereinafter referred to as "Desert Valley Hospital"), through their respective counsel of record, voluntarily and with full knowledge and understanding of the provisions stated herein, agree to the following:

WHEREAS, the Manghane Plaintiffs filed their Complaint on May 29, 2025, upon the County Defendants and Desert Valley Hospital;

WHEREAS, also on May 29, 2025, Plaintiffs AARON JAMES, by and through his successors-in-interest, Arthur James and Stacey M. Abbot; ARTHUR JAMES; and STACEY M. ABBOT (hereinafter collectively referred to as "the James Plaintiffs") filed their Second Amended Complaint in their related action, styled as <u>ARTHUR JAMES, and STACEY M. ABBOT as parents of, and successors in interest to, AARON JAMES, decedent; Plaintiffs, vs. COUNTY OF SAN BERNARDINO, a municipal entity; Sheriff SHANNON D. DICUS, in his individual, and official capacities; DESERT VALLEY HOSPITAL, LLC, a Delaware Limited Liability Company; DOES 1-20, inclusive. Defendants.</u>, Case No. 5:25-cv-00140-WLH-SHK; and

WHEREAS, as part of the meet and confer discussions regarding responsive pleading and/or motions to dismiss, the Manghane Plaintiffs', the County Defendants, and Desert Valley Hospital discussed and proposed the consolidation of these related cases;

1  WHEREAS, the James Plaintiffs have yet to confirm or deny their willingness to consolidate these related cases;

WHEREAS, the County Defendants and Desert Valley Hospital must file and serve their responses to the Manghane Plaintiffs' Complaint by June 19, 2025; and

WHEREAS, thirty days after June 19, 2025, lands on Saturday, July 19, 2025.

WHEREFORE, THE PARTIES THEREFORE STIPULATE TO THE FOLLOWING:

1. The County Defendants and Desert Valley Hospital will receive a thirty-day extension by which to file and serve their respective responsive pleading to the Manghane Plaintiffs' Complaint, moving the due date from June 19, 2025, to Monday July 21, 2025, as allowed pursuant to Local Rule 8-3 of the United States District Court for the Central District of California.

**IT IS SO STIPULATED.**

Dated: June 19, 2025                **LAW OFFICES OF DALE K. GALIPO**

By: */e/ Marcel F. Sincich*
_____
Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiffs
AARON JAMES, by and through his successors-in-interest, Colleen Manghane and Robert Manghane; COLLEEN MANGHANE; and ROBERT MANGHANE

| | | |
|---|---|---|
| Dated: June 19, 2025 | | **GIOVANNIELLO LAW GROUP** |
| | By: | *[signature: Joseph Lorant]*<br>Alexander F. Giovanniello<br>Joseph M. Lorant<br>Attorneys for Defendant<br>DESERT VALLEY HOSPITAL, LLC dba<br>DESERT VALLEY HOSPITAL |
| Dated: June 19, 2025 | | **LYNBERG AND WATKINS** |
| | By: | */e/ Shannon Gustafson*<br>Edward Southcott, Jr.<br>Shannon Gustafson<br>Attorneys for Defendants<br>COUNTY OF SAN BERNARDINO and<br>SHERIFF SHANNON D. DICUS |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

 Outlook

**Re: Maghange v. County San Bernardino, et al. | Stipulation to continue responsive pleading**

From Marcel Sincich <msincich@galipolaw.com>
Date Thu 6/19/2025 2:23 PM
To Joseph M. Lorant <jml@giolawgroup.com>; Shannon Gustafson <sgustafson@lynberg.com>
Cc Email: <dalekgalipo@yahoo.com>; Edward Southcott <esouthcott@lynberg.com>; Gloria Pence <gpence@lynberg.com>; Karla Fonseca <kfonseca@lynberg.com>; Alejandro Monguia <amonguia@galipolaw.com>; Kristy K. Shimotani <kks@giolawgroup.com>; Stefany Anderson <sanderson@galipolaw.com>

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Joseph,

Thank you for putting this together. You have my permission to file with my e-signature.

To reiterate as we discussed, I think it makes the most since to get this extension in so that we can potentially consolidate the cases (get in the right court), then figure out the right parties and then any issues with the claims substantively.

I look forward to speaking with you all soon. Thanks.

Very Respectfully,

**Marcel F. Sincich, Esq.**
**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

**From:** Joseph M. Lorant <jml@giolawgroup.com>
**Sent:** Thursday, June 19, 2025 14:04
**To:** Marcel Sincich <msincich@galipolaw.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Cc:** Email: <dalekgalipo@yahoo.com>; Edward Southcott <esouthcott@lynberg.com>; Gloria Pence <gpence@lynberg.com>; Karla Fonseca <kfonseca@lynberg.com>; Kristy K. Shimotani <kks@giolawgroup.com>
**Subject:** Maghange v. County San Bernardino, et al. | Stipulation to continue responsive pleading

Counsels:

After discussing yesterday with Plaintiffs' counsel for this case, attached please find the proposed stipulation and separate order to continue the defendants' responsive pleadings in this case by thirty days so that there may be time to consider consolidation of cases.

Best regards,

Joseph M. Lorant



***California Office***
Six Pointe Drive │ Suite 520 │ Brea, CA 92821
Tel. (714) 364-4000 │ Fax (714) 364-4001
jml@giolawgroup.com

***Nevada Office***
3753 Howard Hughes Parkway │ Suite 200 │ Las Vegas, NV 89169
Tel. (702) 784-7638 │ Fax (714) 364-4001

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 510-2521 and is legally privileged.  **This information is confidential information and is intended only for the use of the individual or entity named above**. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this electronic message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by reply e-mail or by telephone, and destroy the original transmission and its attachments.

 Outlook

### RE: Maghange v. County San Bernardino, et al. | Stipulation to continue responsive pleading

| | |
|---|---|
| From | Shannon Gustafson <sgustafson@lynberg.com> |
| Date | Thu 6/19/2025 2:23 PM |
| To | Joseph M. Lorant <jml@giolawgroup.com>; Email: <msincich@galipolaw.com> |
| Cc | Email: <dalekgalipo@yahoo.com>; Edward Southcott <esouthcott@lynberg.com>; Gloria Pence <gpence@lynberg.com>; Karla Fonseca <kfonseca@lynberg.com>; Kristy K. Shimotani <kks@giolawgroup.com> |

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

You have my permission to sign and file.

Thanks

**Shannon L. Gustafson**
Shareholder
Direct: (714) 352-3547



1100 W. Town & Country Rd., Suite 1450
Orange, California 92868
www.lynberg.com        www.linkedin.com

The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by 'Reply' command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Lynberg & Watkins for any loss or damage arising in any way from its use.

**From:** Joseph M. Lorant <jml@giolawgroup.com>
**Sent:** Thursday, June 19, 2025 2:05 PM
**To:** Email: <msincich@galipolaw.com>; Shannon Gustafson <sgustafson@lynberg.com>
**Cc:** Email: <dalekgalipo@yahoo.com>; Edward Southcott <esouthcott@lynberg.com>; Gloria Pence <gpence@lynberg.com>; Karla Fonseca <kfonseca@lynberg.com>; Kristy K. Shimotani <kks@giolawgroup.com>
**Subject:** Maghange v. County San Bernardino, et al. | Stipulation to continue responsive pleading
**Importance:** High

**CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Counsels:

After discussing yesterday with Plaintiffs' counsel for this case, attached please find the proposed stipulation and separate order to continue the defendants' responsive pleadings in this case by thirty days so that there may be time to consider consolidation of cases.

Best regards,

Joseph M. Lorant



*California Office*
**Six Pointe Drive │ Suite 520 │ Brea, CA 92821**
**Tel. (714) 364-4000 │ Fax (714) 364-4001**
**jml@giolawgroup.com**

*Nevada Office*
**3753 Howard Hughes Parkway │ Suite 200 │ Las Vegas, NV 89169**
**Tel. (702) 784-7638 │ Fax (714) 364-4001**

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 510-2521 and is legally privileged. **This information is confidential information and is intended only for the use of the individual or entity named above**. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this electronic message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by reply e-mail or by telephone, and destroy the original transmission and its attachments.

**PROOF OF SERVICE**

I am employed in the county of Orange, State of California. I am over the age of eighteen and not a party to the within entitled action; my business address is Six Pointe Drive, Suite 520 Brea, California 92821.

On **June 19, 2025,** I served the foregoing document(s) described as, STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS as follows:

*See below service list*

( ) BY U.S. MAIL:  I am "readily familiar" with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice the envelope was sealed and placed for collection and mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Brea, California following ordinary business practices.

( ) BY FEDERAL EXPRESS OVERNIGHT: I placed said envelope(s) for collection and overnight delivery at a regularly utilized drop box of the overnight delivery carrier.

(**XX**) BY ELECTRONIC SERVICE:  I caused the document(s) to be sent from kks@giolawgroup.com to the person(s) at the electronic notification addresses indicated on the service list.

Executed on **June 19, 2025,** at Brea, California.

(XX) STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Kristy K. Shimotani*
Kristy K. Shimotani

Arthur James, et. al. v. County of San Bernardino, et. al.
Case No.: 5:25-cv-01107
Page **1** of **2**

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | |
| 3 | Dale K. Galipo     *Counsel for Plaintiffs* |
| 4 | Marcel F. Sincich |
| 5 | LAW OFFICES OF DALE K. GALIPO |
| 6 | 21800 Burbank Boulevard, Suite 310 |
| 7 | Woodland Hills, CA 91367 |
| 8 | Tel: (818) 347-3333 |
| 9 | Fax: (818) 347-4118 |
| 10 | Email: msincich@galipolaw.com |
| 11 | Email: dalekgalipo@yahoo.com |
| 12 | |
| 13 | Edward Southcott, Jr.     *Counsel for Defendant, County of San* |
| 14 | Shannon Gustafson     *Bernardino and Shannon D Dicus, Sheriff* |
| 15 | LYNBERG AND WATKINS |
| 16 | 1100 WestTown and Country Road, Suite 1450 |
| 17 | Orange, CA 92868 |
| 18 | Tel: (714) 937-1010 |
| 19 | Fax: (714) 937-1003 |
| 20 | Email: esouthcott@lynberg.com |
| 21 | Email: sgustafson@lynberg.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**PROOF OF SERVICE**

I am employed in the county of Orange, State of California. I am over the age of eighteen and not a party to the within entitled action; my business address is Six Pointe Drive, Suite 520 Brea, California 92821.

On **June 19, 2025,** I served the foregoing document(s) described as, [PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS as follows:

*See below service list*

( )  BY U.S. MAIL:  I am "readily familiar" with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice the envelope was sealed and placed for collection and mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Brea, California following ordinary business practices.

( )  BY FEDERAL EXPRESS OVERNIGHT: I placed said envelope(s) for collection and overnight delivery at a regularly utilized drop box of the overnight delivery carrier.

(XX)  BY ELECTRONIC SERVICE:  I caused the document(s) to be sent from kks@giolawgroup.com to the person(s) at the electronic notification addresses indicated on the service list.

Executed on **June 19, 2025,** at Brea, California.

(XX)  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Kristy K. Shimotani_
Kristy K. Shimotani

Arthur James, et. al. v. County of San Bernardino, et. al.
Case No.: 5:25-cv-01107
Page **1** of **2**

1  SERVICE LIST
2
3  Dale K. Galipo                              *Counsel for Plaintiffs*
4  Marcel F. Sincich
5  LAW OFFICES OF DALE K. GALIPO
6  21800 Burbank Boulevard, Suite 310
7  Woodland Hills, CA 91367
8  Tel:  (818) 347-3333
9  Fax:  (818) 347-4118
10 Email: msincich@galipolaw.com
11 Email: dalekgalipo@yahoo.com
12
13 Edward Southcott, Jr.                       *Counsel for Defendant, County of San*
14 Shannon Gustafson                           *Bernardino and Shannon D Dicus, Sheriff*
15 LYNBERG AND WATKINS
16 1100 WestTown and Country Road, Suite 1450
17 Orange, CA 92868
18 Tel:  (714) 937-1010
19 Fax:  (714) 937-1003
20 Email: esouthcott@lynberg.com
21 Email: sgustafson@lynberg.com
22
23
24
25
26
27
28