1  Alexander F. Giovanniello (CSB # 125562)
   Joseph M. Lorant (CSB# 327731)
2  **GIOVANNIELLO LAW GROUP**
   Six Pointe Drive, Suite 520
3  Brea, California 92821

4  Ph:  (714) 364-4000
   Fax: (714) 364-4001
5
   Attorneys for Defendant:
6  DESERT VALLEY HOSPITAL, LLC
   dba DESERT VALLEY HOSPITAL
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  COLLEEN MANGHANE; and ROBERT MANGHANE, | Case No.: 5:25-cv-01107 JGB (DTBx) |
| 12 | Related Case No.: 5:25-cv-00140-WLH-SHK |
| 13             Plaintiffs, | |
| 14  vs. | ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS |
| 15  COUNTY OF SAN BERNARDINO; SHANNON D. DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive. | |
| 16 | |
| 17 | JUDGE: Jesus G. Bernal |
|    Defendants. | |
| 18 | Complaint filed May 29, 2025 |
| 19 | Trial Scheduled: None |

20

21       Having reviewed and duly considered the STIPULATION TO EXTEND

22  TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN

23  30 DAYS, the Court finds good cause to order, and

---

1

ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

1 | hereby does order, that the parties comply with the terms of the Stipulation.

2 | **IT IS SO ORDERED.**

3

4 | Dated: June 25, 2025        By: _____
                                    Hon. Jesus G. Bernal
5                                   United States District Judge