SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
EDWARD J. SOUTHCOTT (SBN 305701)
esouthcott@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants COUNTY OF SAN BERNARDINO
and SHERIFF SHANNON D. DICUS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SHANNON DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive.<br><br>Defendants. | Case No. 5:25-cv-01107-JGB (DTBx)<br><br>*Assigned for All Purposes to Honorable Jesus G. Bernal*<br><br>*Magistrate Judge: David T. Bristow*<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' INITIAL COMPLAINT;<br>[PROPOSED] ORDER**<br><br>*Complaint Filed: 5/7/2025*<br><br>*Trial Date: None Set* |

///
///
///
///
///
///
///
///

1    Defendants COUNTY OF SAN BERNARDINO and SHERIFF SHANNON
2  D. DICUS (collectively "Defendants") by and through its undersigned counsel, and
3  Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE (collectively
4  "Plaintiffs") by and through their undersigned counsel, hereby stipulate and request
5  the Court grant Defendants an additional thirty- day extension of time to respond to
6  Plaintiffs' Initial Complaint for good cause.

7    As previously reported, the parties have met and conferred and believe that this
8  case should be consolidated with *Arthur James, et al. v. County of San Bernardino, et*
9  *al.*, Case No. 5:25-cv-00140-WLH-SHK. Should consolidation be ordered, this matter
10 will likely be reassigned to Judge Hsu because the *James* matter was filed before this
11 matter. The parties in both this matter and the *James* matter have stipulated that
12 consolidation is appropriate and are working on finalizing and filing a stipulation to
13 that effect.   As such, to conserve judicial resources the parties herein seek a
14 continuance until August 22, 2025 for Defendants to respond to the initial Complaint.
15 This should allow sufficient time for the Court to determine whether consolidation is
16 appropriate, and should this matter be transferred, Defendants can file their Motion to
17 Dismiss with Judge Hsu.

18    **IT IS SO STIPULATED**

19 DATED:  July 18, 2025              **LYNBERG & WATKINS**
20                                   A Professional Corporation

21                          By:  */s/Edward J. Southcott*
22                                **SHANNON L. GUSTAFSON**
                                   **EDWARD J. SOUTHCOTT**
23                                 Attorneys for Defendants
                                   COUNTY OF SAN BERNARDINO and
24                                 SHERIFF SHANNON D. DICUS

25

26

27

28

**2**
**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS'**

1  DATED:  July 18, 2025                    **LAW OFFICES OF DALE K. GALIPO**

2

3                                By:  /s/*Marcel F. Sincich*
                                       **DALE K. GALIPO**
4                                      **MARCEL F. SINCICH**
                                       Attorneys for Plaintiffs
5                                      COLLEEN MANGHANE and ROBERT
                                       MANGHANE
6

7

8        I certify that all parties to this document have consented to its filing and to the

9  language contained herein and have authorized the undersigned to affix their

10  electronic signatures.

11

12  DATED: July 18, 2025                    **LYNBERG & WATKINS**
                                            A Professional Corporation
13

14                                By:  /s/*Edward J. Southcott*
                                       **SHANNON L. GUSTAFSON**
15                                     **EDWARD J. SOUTHCOTT**
                                       Attorneys for Defendants
16                                     County of San Bernardino and SHERIFF
                                       SHANNON D. DICUS
17

18

19

20

21

22

23

24

25

26

27

28
                                         **3**
                         **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO**
                                         **PLAINTIFFS'**