# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SHANNON DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive.<br><br>Defendants. | Case No. 5:25-cv-01107-JGB (DTBx)<br><br>*Assigned for All Purposes to Honorable Jesus G. Bernal*<br><br>*Magistrate Judge: David T. Bristow*<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR COUNTY DEFENDANTS' TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>*Complaint Filed: 5/7/2025*<br><br>*Trial Date: None Set* |

///
///
///
///
///
///
///
///

---

1

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

Having read and considered the parties' stipulation and for good cause, the Court rules as follows: County Defendants shall have up to, and including August 22, 2025, to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED**.

DATED:

By: _____
**HONORABLE JESUS G. BERNAL**
United States District Court Judge