1  Alexander F. Giovanniello (CSB # 125562)
   Joseph M. Lorant (CSB# 327731)
2  **GIOVANNIELLO LAW GROUP**
   Six Pointe Drive, Suite 520
3  Brea, California 92821

4  Ph:  (714) 364-4000
   Fax: (714) 364-4001
5
   Attorneys for Defendant:
6  DESERT VALLEY HOSPITAL, LLC
   dba DESERT VALLEY HOSPITAL
7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE, | Case No.: 5:25-cv-01107 JGB (DTBx) |
| Plaintiffs, | Related Case No.: 5:25-cv-00140-WLH-SHK |
| vs. | NOTICE OF INTERESTED PARTIES BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL |
| COUNTY OF SAN BERNARDINO; SHANNON D. DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive. | |
| Defendants. | DATE:   August 11, 2025<br>TIME:   9:00 a.m.<br>CRTRM.:  1 |
| | JUDGE:   Hon. Jesus G. Bernal |
| | Complaint filed May 29, 2025 |
| | Trial scheduled: None |

1

NOTICE OF INTERESTED PARTIES BY DEFENDANT DESERT VALLEY
HOSPITAL, LLC dba DESERT VALLEY HOSPITAL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for Defendant DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL (hereinafter referred to as "Desert Valley Hospital") hereby certifies, pursuant to Local Rule 7.1-1 of the United States District Court, Central District of California, that the following listed party (or parties) may have a pecuniary interest in the outcome of this case:

Prime Healthcare Services, Inc., is the sole 100% owner of Desert Valley Hospital; and

Desert Valley Insurance, LLC, is the insurance provider for Desert Valley Hospital.

These representations are made to enable the Court to evaluate possible disqualification or recusal. This representation is also compliant with Rule 7.1 of the <u>Federal Rules of Civil Procedure</u>.

Dated: July 18, 2025                     **GIOVANNIELLO LAW GROUP**

By: _/s/ Joseph Lorant_____
Alexander F. Giovanniello
Joseph M. Lorant
Attorneys for Defendant
DESERT VALLEY HOSPITAL, LLC dba
DESERT VALLEY HOSPITAL

**PROOF OF SERVICE**

I am employed in the county of Orange, State of California. I am over the age of eighteen and not a party to the within entitled action; my business address is Six Pointe Drive, Suite 520 Brea, California 92821.

On **July 18, 2025,** I served the foregoing document(s) described as, NOTICE OF INTERESTED PARTIES BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL as follows:

*See below service list*

( ) BY U.S. MAIL: I am "readily familiar" with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the envelope was sealed and placed for collection and mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Brea, California following ordinary business practices.

( ) BY FEDERAL EXPRESS OVERNIGHT: I placed said envelope(s) for collection and overnight delivery at a regularly utilized drop box of the overnight delivery carrier.

(XX) BY ELECTRONIC SERVICE: I caused the document(s) to be sent from kks@giolawgroup.com to the person(s) at the electronic notification addresses indicated on the service list.

Executed on **July 18, 2025,** at Brea, California.

(XX) STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Kristy K. Shimotani_
Kristy K. Shimotani

Arthur James, et. al. v. County of San Bernardino, et. al.
Case No.: 5:25-cv-01107
Page **1** of **2**

SERVICE LIST

| | |
|---|---|
| Dale K. Galipo | *Counsel for Plaintiffs* |
| Marcel F. Sincich | |
| LAW OFFICES OF DALE K. GALIPO | |
| 21800 Burbank Boulevard, Suite 310 | |
| Woodland Hills, CA 91367 | |
| Tel: (818) 347-3333 | |
| Fax: (818) 347-4118 | |
| Email: msincich@galipolaw.com | |
| Email: dalekgalipo@yahoo.com | |
| | |
| Edward Southcott, Jr. | *Counsel for Defendant, County of San Bernardino and Shannon D Dicus, Sheriff* |
| Shannon Gustafson | |
| LYNBERG AND WATKINS | |
| 1100 WestTown and Country Road, Suite 1450 | |
| Orange, CA 92868 | |
| Tel: (714) 937-1010 | |
| Fax: (714) 937-1003 | |
| Email: esouthcott@lynberg.com | |
| Email: sgustafson@lynberg.com | |