# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; SHANNON D. DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive. <br><br> Defendants. | Case No.: 5:25-cv-01107 JGB (DTBx) <br><br> Related Case No.: 5:25-cv-00140-WLH-SHK <br><br> [PROPOSED] ORDER REGARDING MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL <br><br> DATE: August 11, 2025 <br> TIME: 9:00 a.m. <br> CRTRM.: 1 <br><br> JUDGE: Hon. Jesus G. Bernal <br><br> Complaint filed May 29, 2025 <br><br> Trial scheduled: None |

[PROPOSED] ORDER REGARDING MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL

On August 11, 2025, the Motion to Dismiss the Complaint of Plaintiffs COLLEEN MANGHANE and ROBERT MANGHANE (hereinafter collectively referred to as "Plaintiffs"), by Defendant DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL (hereinafter referred to as "Desert Valley Hospital") came on for hearing in Courtroom 1 of the Twelfth Street Courthouse of the above-captioned court, located at 3470 Twelfth Street, Los Angeles, CA, 92501. Upon considering the Notice of Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the complete records and files in this action, and such further oral or documentary evidence that may be introduced at the hearing on this motion, the Court finds good cause and decrees as follows:

1. The Seventh Cause of Action for "Negligence", raising two claims of Negligence and Wrongful Death, raised by Plaintiffs against Desert Valley Hospital is dismissed, with ☐ without ☐ prejudice.

The Court further orders: _____

_____.

IT IS SO ORDERED.

Dated: _____, 2025         _____
                                  Honorable Jesus G. Bernal
                                  Judge of the United States District Court
                                  Central District of California

2

[PROPOSED] ORDER REGARDING MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL

**PROOF OF SERVICE**

I am employed in the county of Orange, State of California. I am over the age of eighteen and not a party to the within entitled action; my business address is Six Pointe Drive, Suite 520 Brea, California 92821.

On **July 18, 2025,** I served the foregoing document(s) described as, [PROPOSED] ORDER REGARDING MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL as follows:

*See below service list*

(  )  BY U.S. MAIL: I am "readily familiar" with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the envelope was sealed and placed for collection and mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Brea, California following ordinary business practices.

(  )  BY FEDERAL EXPRESS OVERNIGHT: I placed said envelope(s) for collection and overnight delivery at a regularly utilized drop box of the overnight delivery carrier.

(**XX**)  BY ELECTRONIC SERVICE: I caused the document(s) to be sent from kks@giolawgroup.com to the person(s) at the electronic notification addresses indicated on the service list.

Executed on **July 18, 2025,** at Brea, California.

(**XX**)  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Kristy K. Shimotani*
Kristy K. Shimotani

Arthur James, et. al. v. County of San Bernardino, et. al.
Case No.: 5:25-cv-01107
Page **1** of **2**

| | | |
|---|---|---|
| 1 | | |
| 2 | SERVICE LIST | |
| 3 | | |
| 4 | Dale K. Galipo | *Counsel for Plaintiffs* |
| 5 | Marcel F. Sincich | |
| 6 | LAW OFFICES OF DALE K. GALIPO | |
| 7 | 21800 Burbank Boulevard, Suite 310 | |
| 8 | Woodland Hills, CA 91367 | |
| 9 | Tel: (818) 347-3333 | |
| 10 | Fax: (818) 347-4118 | |
| 11 | Email: msincich@galipolaw.com | |
| 12 | Email: dalekgalipo@yahoo.com | |
| 13 | | |
| 14 | Edward Southcott, Jr. | *Counsel for Defendant, County of San* |
| 15 | Shannon Gustafson | *Bernardino and Shannon D Dicus, Sheriff* |
| 16 | LYNBERG AND WATKINS | |
| 17 | 1100 WestTown and Country Road, Suite 1450 | |
| 18 | Orange, CA 92868 | |
| 19 | Tel: (714) 937-1010 | |
| 20 | Fax: (714) 937-1003 | |
| 21 | Email: esouthcott@lynberg.com | |
| 22 | Email: sgustafson@lynberg.com | |