Alexander F. Giovanniello (CSB # 125562)
Joseph M. Lorant (CSB# 327731)
**GIOVANNIELLO LAW GROUP**
Six Pointe Drive, Suite 520
Brea, California 92821

Ph:  (714) 364-4000
Fax: (714) 364-4001

Attorneys for Defendant:
DESERT VALLEY HOSPITAL, LLC
dba DESERT VALLEY HOSPITAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; SHANNON D. DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive. <br><br> Defendants. | Case No.:  5:25-cv-01107 JGB (DTBx) <br><br> Related Case No.:  5:25-cv-00140-WLH-SHK <br><br> [PROPOSED] ORDER REGARDING STIPULATION TO WITHDRAW MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL AND EXTEND TIME TO RESPOND BY THIRTY DAYS <br><br> JUDGE:    Hon. Jesus G. Bernal <br><br> Complaint filed May 29, 2025 <br><br> Trial scheduled: None |

Having reviewed and duly considered the STIPULATION TO WITHDRAW MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY

1

[PROPOSED] ORDER REGARDING STIPULATION TO WITHDRAW MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL AND EXTEND TIME TO RESPOND BY THIRTY DAYS

DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL AND EXTEND TIME TO RESPOND BY THIRTY DAYS, attached hereto as **Exhibit 1**, the Court finds good cause to order, and hereby does order, that the parties comply with the terms of the Stipulation.

**IT IS SO ORDERED.**

Dated: _____, 2025   By: _____
Hon. Jesus G. Bernal
Judge of the Central District of California
United States District Court

# Exhibit 1

1  Alexander F. Giovanniello (CSB # 125562)
   Joseph M. Lorant (CSB# 327731)
2  **GIOVANNIELLO LAW GROUP**
   Six Pointe Drive, Suite 520
3  Brea, California 92821

4  Ph:  (714) 364-4000
   Fax: (714) 364-4001
5
   Attorneys for Defendant:
6  DESERT VALLEY HOSPITAL, LLC
   dba DESERT VALLEY HOSPITAL
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE, | Case No.: 5:25-cv-01107 JGB (DTBx) |
| | Related Case No.: 5:25-cv-00140-WLH-SHK |
| Plaintiffs, | |
| vs. | STIPULATION TO WITHDRAW MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL AND EXTEND TIME TO RESPOND BY THIRTY DAYS |
| COUNTY OF SAN BERNARDINO; SHANNON D. DICUS; DESERT VALLEY HOSPITAL; and DOES 1-15, inclusive. | |
| Defendants. | |
| | JUDGE:    Hon. Jesus G. Bernal |
| | Complaint filed May 29, 2025 |
| | Trial scheduled: None |

   Plaintiffs AARON JAMES (hereinafter referred to as "Decedent"), by and through his successors-in-interest, Colleen Manghane and Robert Manghane;

1

1  COLLEEN MANGHANE; and ROBERT MANGHANE (hereinafter collectively
2  referred to as "the Manghane Plaintiffs"); and Defendant DESERT VALLEY
3  HOSPITAL, LLC dba DESERT VALLEY HOSPITAL (hereinafter referred to as
4  "Desert Valley Hospital"), through their respective counsel of record, voluntarily
5  and with full knowledge and understanding of the provisions stated herein, agree
6  to the following:

7      WHEREAS, the Manghane Plaintiffs filed and served their Complaint on
8  May 29, 2025, upon Desert Valley Hospital;

9      WHEREAS, as part of the meet and confer discussions regarding
10  responsive pleading and/or motions to dismiss, the Manghane Plaintiffs and
11  Desert Valley Hospital discussed and proposed the consolidation of these related
12  cases;

13      WHEREAS, the Manghane Plaintiffs and Desert Valley Hospital acquired
14  an extension of time for Desert Valley Hospital to file its response to the
15  Complaint, making such response due on or before July 18, 2025, so Desert
16  Valley Hospital filed and served its Motion to Dismiss on that date; and

17      WHEREAS, the Manghane Plaintiffs and Desert Valley Hospital
18  demonstrated a desire to further meet and confer on the issues referenced in the
19  Motion to Dismiss, which included (1) withdrawing the Motion to Dismiss, so
20  issues therein can be remedied regarding notice and exhibits, and (2) allowing
21  Plaintiffs to amend the Complaint, if such is deemed necessary; and

22      WHEREAS, Desert Valley Hospital filed a Stipulation to Consolidate
23  Cases, for the related action styled as <u>ARTHUR JAMES, and STACEY M.</u>

| | |
|---|---|
| 1 | ABBOT as parents of, and successors in interest to, AARON JAMES, decedent; |
| 2 | Plaintiffs, vs. COUNTY OF SAN BERNARDINO, a municipal entity; Sheriff |
| 3 | SHANNON D. DICUS, in his individual, and official capacities; DESERT |
| 4 | VALLEY HOSPITAL, LLC, a Delaware Limited Liability Company; DOES 1- |
| 5 | 20, inclusive. Defendants., Case No. 5:25-cv-00140-WLH-SHK. |

WHEREFORE, THE PARTIES STIPULATE TO THE FOLLOWING:

1. Desert Valley Hospital's Motion to Dismiss shall be withdrawn;

2. The Manghane Plaintiffs and Desert Valley Hospital are to further meet and confer regarding the issues presented in Desert Valley Hospital's Motion to Dismiss, in accordance with Local Rule 7-3 of the Local Rules of Civil Procedure for the District of Central California of the United States District Court;

3. Desert Valley Hospital's response to the Manghane Plaintiffs' Complaint shall now be due on or before August 22, 2025; and

4. The Manghane Plaintiffs have the right to amend their pleadings on or before August 22, 2025.

**IT IS SO STIPULATED.**

Dated: July 28, 2025

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Marcel F. Sincich*
_____
Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiffs
AARON JAMES, by and through his successors-in-interest, Colleen Manghane and Robert Manghane; COLLEEN MANGHANE; and ROBERT MANGHANE

3

STIPULATION TO WITHDRAW MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL AND EXTEND TIME TO RESPOND BY THIRTY DAYS

1  Dated: July 28, 2025                    **GIOVANNIELLO LAW GROUP**

2

3                          By: _____
                               Alexander F. Giovanniello
4                              Joseph M. Lorant
                               Attorneys for Defendant
5                              DESERT VALLEY HOSPITAL, LLC dba
                               DESERT VALLEY HOSPITAL
6

 **Outlook**

---

**Re: Desert Valley MTD**

| | |
|---|---|
| From | Marcel Sincich <msincich@galipolaw.com> |
| Date | Fri 7/25/2025 3:45 PM |
| To | Joseph M. Lorant <jml@giolawgroup.com> |
| Cc | Alejandro Monguia <amonguia@galipolaw.com>; Kristy K. Shimotani <kks@giolawgroup.com> |

**EXTERNAL EMAIL: Do not click any links or open any attachments unless you trust the sender and know the content is safe.**

Hi Joseph,

Thank you for getting back to me. I didn't see any red text, however it is agreeable with just a couple minor edits. Please add to No. "Manghane" Plaintiffs (just so that the court is clear on which plaintiffs it is referring to) and add "on or before August 22, 2025" to the end of No. 4.

With those, you may file with my e-signature. Thank you and have a nice weekend.

Very Respectfully,


**Marcel F. Sincich, Esq.**
**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Joseph M. Lorant <jml@giolawgroup.com>
**Sent:** Friday, July 25, 2025 15:24
**To:** Marcel Sincich <msincich@galipolaw.com>
**Cc:** Alejandro Monguia <amonguia@galipolaw.com>; Kristy K. Shimotani <kks@giolawgroup.com>
**Subject:** RE: Desert Valley MTD

Please see attached our approved version in word and pdf of the proposed order and stipulation to withdraw.

Let me know if you have any questions or revisions in red text. If not, we can affix your e-signature and file today.

Joseph M. Lorant

**PROOF OF SERVICE**

I am employed in the county of Orange, State of California. I am over the age of eighteen and not a party to the within entitled action; my business address is Six Pointe Drive, Suite 520 Brea, California 92821.

On **July 28, 2025,** I served the foregoing document(s) described as, STIPULATION TO WITHDRAW MOTION TO DISMISS PLAINTIFFS' COMPLAINT BY DEFENDANT DESERT VALLEY HOSPITAL, LLC dba DESERT VALLEY HOSPITAL AND EXTEND TIME TO RESPOND BY THIRTY DAYS as follows:

*See below service list*

(  )  BY U.S. MAIL: I am "readily familiar" with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the envelope was sealed and placed for collection and mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Brea, California following ordinary business practices.

(  )  BY FEDERAL EXPRESS OVERNIGHT: I placed said envelope(s) for collection and overnight delivery at a regularly utilized drop box of the overnight delivery carrier.

(**XX**)  BY ELECTRONIC SERVICE: I caused the document(s) to be sent from kks@giolawgroup.com to the person(s) at the electronic notification addresses indicated on the service list.

Executed on **July 28, 2025,** at Brea, California.

(**XX**)  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Kristy K. Shimotani*
Kristy K. Shimotani

Arthur James, et. al. v. County of San Bernardino, et. al.
Case No.: 5:25-cv-01107
Page **1** of **2**

SERVICE LIST

| | |
|---|---|
| Dale K. Galipo | *Counsel for Plaintiffs* |
| Marcel F. Sincich | |
| Alejandro Monguia, Legal Assistant | |
| Stefany Anderson, Legal Assistant | |
| LAW OFFICES OF DALE K. GALIPO | |
| 21800 Burbank Boulevard, Suite 310 | |
| Woodland Hills, CA 91367 | |
| Tel:  (818) 347-3333 | |
| Fax:  (818) 347-4118 | |
| Email: msincich@galipolaw.com | |
| Email: dalekgalipo@yahoo.com | |
| Email: amonguia@galipolaw.com | |
| Email: sanderson@galipolaw.com | |
| | |
| Edward Southcott, Jr. | *Counsel for Defendant, County of San Bernardino and Shannon D Dicus, Sheriff* |
| Shannon Gustafson | |
| LYNBERG AND WATKINS | |
| 1100 West Town and Country Road, Suite 1450 | |
| Orange, CA 92868 | |
| Tel:  (714) 937-1010 | |
| Fax:  (714) 937-1003 | |
| Email: esouthcott@lynberg.com | |
| Email: sgustafson@lynberg.com | |