# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MANGHANE; and ROBERT MANGHANE; <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF SAN BERNARDINO, a municipal entity; Sheriff SHANNON D. DICUS, in his individual, and official capacities; DESERT VALLEY HOSPITAL, LLC, a Delaware Limited Liability Company; DOES 1-20, inclusive. <br><br>Defendants. | Consolidated Case No. 5:25-cv-01107-WLH-SHK <br><br>Lead Case No.: 5:25-cv-00140-WLH-SHK <br><br>ORDER REGARDING STIPULATION TO CONSOLIDATE RELATED CASES [56] |

1

1  Having reviewed and duly considered the STIPULATION TO
2  CONSOLIDATE RELATED CASES, filed in Case Number 5:25-cv-00140-WLH-
3  SHK, the Court finds good cause to order, and hereby does order, that the matter of
4  <u>COLLEEN MANGHANE; and ROBERT MANGHANE, Plaintiffs, v. COUNTY</u>
5  <u>OF SAN BERNARDINO; SHANNON DICUS; DESERT VALLEY HOSPITAL;</u>
6  <u>and DOES 1-15, inclusive, Defendants.</u>, Case Number 5:25-cv-01107-WLH-SHK,
7  be consolidated to the above-referenced matter, with Case Number 5:25-cv-00140-
8  WLH-SHK serving as the lead case, and transferred to Department 9B on the Ninth
9  Floor of the First Street Courthouse of the above-captioned court, located at 350
10 West 1st Street, Los Angeles, CA, 90012.
11     The Clerk is ordered to close Case Number 5:25-cv-01107-WLH-SHK.
12 **IT IS SO ORDERED.**

Dated: July 29, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE